UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA ex rel. FPPD,<br><br>Plaintiffs,<br>v.<br><br>OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, OCWEN MORTGAGE SERVICING, INC., ALTISOURCE PORTFOLIO SOLUTIONS, S.A., ALTISOURCE RESIDENTIAL CORPORATION, ALTISOURCE ASSET MANAGEMENT CORPORATION, REALHOME SERVICES AND SOLUTIONS, INC., REAL ESTATE SERVICING SOLUTIONS, INC., PREMIUM TITLE SERVICES, INC., NATIONWIDE CREDIT, INC., HOME LOAN SERVICING SOLUTIONS, LTD., OCWEN MORTGAGE SERVICING, INC., HUBZU, USA, INC., WILLIAM C. ERBEY, WILLIAM B. SHEPRO, AND RONALD M. FARIS,<br><br>Defendants. | CIVIL ACTION NO. 13-10417-MLW |

## PLAINTIFF-RELATOR'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND REQUEST FOR COURT APPROVAL

The Plaintiff-Relator, through undersigned counsel, hereby gives notice pursuant to Fed. R. Civ. P. 41, that it wishes to voluntarily dismiss without prejudice all claims against Defendants alleged in the Complaint in the above-captioned False Claims Act *qui tam* action, and requests that this Court enter an order dismissing this action without prejudice as to Plaintiff-Relator and as to the United States.

As grounds therefor, Plaintiff-Relator says as follows:

Allowed.
Wolf, D.J.
July 29, 2019