UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA ex rel. FPPD,<br><br>Plaintiffs,<br>v.<br><br>OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, OCWEN MORTGAGE SERVICING, INC., ALTISOURCE PORTFOLIO SOLUTIONS, S.A., ALTISOURCE RESIDENTIAL CORPORATION, ALTISOURCE ASSET MANAGEMENT CORPORATION, REALHOME SERVICES AND SOLUTIONS, INC., REAL ESTATE SERVICING SOLUTIONS, INC., PREMIUM TITLE SERVICES, INC., NATIONWIDE CREDIT, INC., HOME LOAN SERVICING SOLUTIONS, LTD., OCWEN MORTGAGE SERVICING, INC., HUBZU, USA, INC., WILLIAM C. ERBEY, WILLIAM B. SHEPRO, AND RONALD M. FARIS,<br><br>Defendants. | CIVIL ACTION NO. 13-10417-MLW |

## [PROPOSED] ORDER

This Court, having considered the Plaintiff-Relator's Fed. R. Civ. P. Rule 41 Notice of Voluntary Dismissal Without Prejudice and Request for Court Approval, finds that dismissal of the Complaint without prejudice to the Relator or the United States is warranted for the reasons stated in that Notice and the United States' consent to the requested dismissal. Accordingly:

IT IS HEREBY ORDERED that,

1. All claims asserted on behalf of the United States and the Relator in this action are dismissed without prejudice; and

Case 1:13-cv-10417-MLW Document 42 Filed 06/14/19 Page 2 of 2

2. A copy of this Order shall be served on counsel for the United States and counsel for the Relator.

Dated: ~~June~~ July 29, 2019

UNITED STATES DISTRICT JUDGE